AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 16-516 MJ |
| Jose Gonzalez-Lopez, ) | |
| A205 915 210 ) | |
| _Defendant_ ) | |
| ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 27, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Gonzalez-Lopez, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near El Paso, Texas, on or about June 20, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

_____
_Complainant's signature_
Sheldon W. Schmitt
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ November 28, 2016

_____
_Judge's signature_

City and state:        Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent.  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 27, 2016, Border Patrol Agent Justin Hilliard encountered an individual near Maricopa, in the District of Arizona.  The Agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual.  The individual, later identified as Jose Gonzalez-Lopez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States.  Gonzalez-Lopez was transported to the Casa Grande Border Patrol Station for further processing.  Gonzalez-Lopez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jose Gonzalez-Lopez to be a citizen of Mexico and a previously deported alien.  Gonzalez-Lopez was removed from the United States to Mexico through El Paso, Texas, on or about June 20, 2016, pursuant to the reinstatement of a removal order issued by an immigration official.  There is no record of Gonzalez-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.  Gonzalez-Lopez's immigration history

1

was matched to him by electronic fingerprint comparison.

4.  On November 28, 2016, Jose Gonzalez-Lopez was advised of his constitutional rights. Gonzalez-Lopez acknowledged his rights and declined to make a statement under oath without a lawyer present.

5.  For these reasons, this affiant submits that there is probable cause to believe that on or about November 27, 2016, Jose Gonzalez-Lopez, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about June 20, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 28th day of November, 2016.

_____
Michelle H. Burns
United States Magistrate Judge

2